**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00076-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: March 28, 2007** | **Courtroom Deputy:** Ben Van Dyke |

LINDA R. VANDERVORT,                                         Pro se

    **Plaintiff,**

    v.

SECRETARY OF EDUCATION OF THE                Terry Fox
UNITED STATES,

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:      10:40 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:** Defendant's Partially Unopposed Motion for Stay of Discovery and Relief from the Scheduling Order and Conference [filed March 7, 2007;doc. 7] is denied for the reasons stated on the record.

**ORDERED:** Settlement/Status Conference set for April 30, 2007 at 11:30 a.m.  Updated Confidential Settlement Statements are due by April 25, 2007.

HEARING CONCLUDED.

**Court in Recess:       11:07 a.m.**
Total In-Court Time:      00:27