**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00076-REB-CBS

LINDA R. VanDERVORT,

      Plaintiff,

v.

SECRETARY OF EDUCATION of the UNITED STATES,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulation for Dismissal** [#17], filed May 8, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation for Dismissal** [#17], filed May 8, 2007, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That any pending motion is **DENIED** as moot.

Dated May 9, 2007, at Denver, Colorado.

                                                        **BY THE COURT:**

                                                        **s/ Robert E. Blackburn**
                                                        **Robert E. Blackburn
                                                        United States District Judge**